Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
MAY 19 2017
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Debbie Derolf and Kevin Anderson, )
)
)
Plaintiffs, )

vs. ) Case Number: 16-cv-1298
)
Risinger Bros. Transfer, Inc., Stanley K )
Risinger, Dean Hoffman, and John Does )
1 – 10, )

Defendants.

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**   This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Judgment is entered against the Plaintiffs with prejudice as to the federal claims.

Dated: 5/19/2017

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court